STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:   415.436.7706
Email:   Gabriela_Bischof@fd.org

Counsel for Defendant Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EMIGDIO RODRIGUEZ, <br><br> Defendant. | No. CR 16-00348 CRB <br><br> **STIPULATION AND ORDER CONTINUING SENTENCING DATE TO DECEMBER 20, 2016** |

The above-captioned case is currently set for sentencing on December 14, 2016 at 10 am, and sentencing memoranda are due on December 7, 2016.  The final Presentence Report has not yet been released to the parties.  As a result, both parties accordingly request that the sentencing hearing now scheduled for December 14 be vacated, and that the matter be added to the Court's calendar at 10 am on Tuesday, December 20, 2016, or as soon thereafter as it can be heard.

//

//

//

//

//

1

IT IS SO STIPULATED.

Dated: December 6, 2016                    /s/
                                          STEVEN G. KALAR
                                          Federal Public Defender
                                          Northern District of California
                                          GABRIELA BISCHOF
                                          Assistant Federal Public Defender

Dated: December 6, 2016                    /s/
                                          BRIAN STRETCH
                                          United States Attorney
                                          Northern District of California
                                          HELEN GILBERT
                                          Assistant United States Attorney

**IT IS SO ORDERED.**

12/6/2016
Dated                                     CHARLES R. BREYER
                                          United States District Judge

2